UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| SHANNON T. ADAMS, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) No. 2:20-CV-204-CLC-CRW |
| HILTON HALL, | ) |
| Respondent. | ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, Respondent Hilton Hall's motion to dismiss the petition as time-barred [Doc. 17] is **GRANTED**, Petitioner Shannon T. Adams's motion for documents [Doc. 12] is **DENIED AS MOOT**, and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk of Court is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *John L. Medearis*
CLERK OF COURT